1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BOUDRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RESONANT INC., GEORGE B. HOLMES, and MARTIN S. MCDERMUT,<br><br>Defendants. | Case No. 2:22-cv-03403-FLA-AS<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION REGARDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT AND SETTING MOTION TO DISMISS BRIEFING SCHEDULE [DKT. 10]** |

On July 12, 2022, the Parties filed a joint Stipulation Regarding Defendants' Time to Respond to the Complaint and Setting Motion to Dismiss Briefing Schedule ("Stipulation"). Dkt. 10. The court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Within thirty (30) days after the court's entry of an order appointing a lead Plaintiff ("Lead Plaintiff") and approving Lead Plaintiff's selection of lead counsel, Lead Plaintiff shall file (1) an amended class action complaint, which will be deemed the operative complaint in this action (the "Operative Complaint"), or (2) a notice designating the present Complaint, Dkt. 1, as the Operative Complaint;

2. Defendants shall file an answer or response to the Operative Complaint by no later than forty-five (45) days from the date the Operative Complaint is served on Defendants;

3. If Defendants file a motion under Fed. R. Civ. P. 12 in response to the Operative Complaint ("Rule 12 Motion"), Lead Plaintiff's response to the Rule 12 Motion ("Response") shall be filed by no later than forty-five (45) days from the date the Motion is served on Lead Plaintiff; and

4. Defendants' reply in further support of their Motion shall be filed no later than thirty (30) days from the date Lead Plaintiff's Response is served on Defendants.

IT IS SO ORDERED.

Dated: July 14, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge