1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN CALLEN,<br><br>              Plaintiff,<br><br>     v.<br><br>RESONANT, INC., et al.,<br><br>              Defendants. | Case No. 2:22-cv-03403-FLA (ASx)<br><br>**ORDER APPROVING JOINT STIPULATION REGARDING BRIEFING SCHEDULE [DKT. 53]** |

**ORDER**

On January 19, 2024, the Parties filed a Joint Stipulation Regarding Briefing Schedule (the "Stipulation"). Dkt. 53. The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. Defendants shall file a response to the Second Amended Complaint on or before March 1, 2024;

2. Should Defendants move to dismiss the Second Amended Complaint, Plaintiff's opposition shall be due on or before April 12, 2024;

3. Defendants shall file any reply brief in support of their motion to dismiss on or before May 24, 2024.

IT IS SO ORDERED.

Dated: January 22, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge