GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
  BLutz@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, CA  94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8206

COLIN B. DAVIS, SBN 273942
  CDavis@gibsondunn.com
KATIE BEAUDIN, SBN 306402
  KBeaudin@gibsondunn.com
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:   949.451.3800
Facsimile:    949.451.4220

*Attorneys for Defendants Resonant, Inc., George B. Holmes, Michael J. Fox, Ruben Caballero, Alan B. Howe, Jack H. Jacobs, Joshua Jacobs, Jean F. Rankin, Robert Tirva, and Martin S. McDermut*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN CALLEN, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RESONANT, INC., GEORGE B. HOLMES, MICHAEL J. FOX, RUBEN CABALLERO, ALAN B. HOWE, JACK H. JACOBS, JOSHUA JACOBS, JEAN F. RANKIN, ROBERT TIRVA and MARTIN S. MCDERMUT,<br><br>Defendants. | CASE NO. 2:22-cv-03403-FLA-AS<br><br>**JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2** |

## JOINT REQUEST PURSUANT TO LOCAL RULE 83-9.2

As required by Local Rule 83-9.2, counsel of record for Lead Plaintiff Ken Callen and additional Plaintiff Christopher Leach ("Plaintiffs") and Defendants Resonant Inc., George B. Holmes, Michael J. Fox, Ruben Caballero, Alan B. Howe, Jack H. Jacobs, Joshua Jacobs, Jean F. Rankin, Robert Tirva, and Martin S. McDermut ("Defendants") hereby submit the following joint request that the Court render and file its decision on Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 55) ("Motion to Dismiss"):

WHEREAS, on March 1, 2024, Defendants filed their Motion to Dismiss (Dkt. 55);

WHEREAS, on May 24, 2024, Defendants filed their reply in support of their Motion to Dismiss (Dkt. 59), constituting the last memorandum permitted to be filed in connection with the Motion to Dismiss, *see* Local Rule 83-9.1.1(a);

WHEREAS, on July 15, 2024, the Court took the Motion to Dismiss under submission without a hearing (Dkt. 62);

WHEREAS, the Court has not yet rendered and filed its decision on Defendants' Motion to Dismiss;

NOW, THEREFORE, pursuant to Local Rule 83-9.2, all counsel hereby request that the Court render and file its decision on Defendants' Motion to Dismiss.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: November 18, 2024 | **POMERANTZ LLP** |

*/s/ Tamar A. Weinrib*
Tamar A. Weinrib (Admitted *Pro Hac Vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (646) 581-9973
Facsimile: (917) 463-1044
taweinrib@pomlaw.com

*Lead Counsel for Plaintiffs*

Joshua E. Fruchter (Admitted *Pro Hac Vice*)
WOHL & FRUCHTER LLP
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Telephone: (845) 290-6818
Facsimile: (718) 504-3773
jfruchter@wohlfruchter.com

*Additional Counsel for Plaintiffs*

Dated: November 18, 2024     **GIBSON, DUNN & CRUTCHER LLP**

*/s/ Colin B. Davis*
Colin B. Davis

*Counsel for Defendants Resonant, Inc., George B. Holmes, Michael J. Fox, Ruben Caballero, Alan B. Howe, Jack H. Jacobs, Joshua Jacobs, Jean F. Rankin, Robert Tirva, and Martin S. McDermut*

## ATTESTATION OF CONCURRENCE IN FILING

    Pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, I attest that Counsel for Plaintiffs and Counsel for Defendants have authorized the filing of this document.

                                          */s/ Colin B. Davis*
                                            Colin B. Davis