UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-03403-FLA (ASx) | Date | December 12, 2024 |
|---|---|---|---|
| Title | Ken Callen v. Resonant Inc., *et al.* | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    ORDER REGARDING JOINT REQUEST FOR DECISION [DKT. 63]**

On March 1, 2024, Defendants filed a Motion to Dismiss Plaintiffs' Second Amended Complaint (the "Motion").   Dkt. 55.   The court took the Motion under submission on July 15, 2024.   Dkt. 62.   On November 18, 2024, the parties filed a Joint Request for Decision Pursuant to Local Rule 83-9.2.   Dkt. 63.

Courts in this district are exceedingly busy with 616 weighted civil filings per Judgeship, which is among the highest number in the nation.   *See* JUDICIAL EMERGENCIES (last updated December 11, 2024), https://www.uscourts.gov/judges-judgeships/judicial-vacancies/judicial-emergencies.   That figure does not include each active judge's criminal docket.   Currently, 2 of 28 authorized judgeships in this district are vacant, with each vacancy categorized by the Judicial Conference of the United States as a judicial emergency. In its most recent recommendation, released in March 2023, the Judicial Conference recommended Congress authorize an additional 9 district court judgeships for the Central District of California, in light of the number of weighted case filings, the complexity of matters filed in this court, and the population of this district.   U.S. Courts, FEDERAL JUDICIARY SEEKS NEW JUDGESHIP POSITIONS (Mar. 14, 2023), https://www.uscourts.gov/news/2023/03/14/federal-judiciary-seeks-new-judgeship-positions. This is the highest number of recommended additional judgeships of any district in the country.

This court has a significant number of parties in criminal and civil cases awaiting trial, some of whom are in custody.   In issuing its rulings on motions, the court considers factors including whether the action is criminal or civil, the custody status of the defendant, the age of the action and any pending motion(s), the specific needs of each case, and the urgency of the requested relief.

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-03403-FLA (ASx) | Date | December 12, 2024 |
|---|---|---|---|
| Title | Ken Callen v. Resonant Inc., *et al.* | | |

     Pursuant to Local Rules 83-9.3, the court informs the parties that it will render a ruling on the Motion by April 18, 2025.


     IT IS SO ORDERED.


                                  _____ : _____

                       Initials of Preparer    tf